*In the matter of the petition of Margaret Jones.* O. L. BAR-

<div style="margin-left:2em">Remuneratory interests of infants cannot be sold for their support.</div>

BOUR, for petitioner. This was a petition by the mother of certain infants, praying that she might be appointed their special guardian for the sale of their real estate. The father of the infants, by his will, devised his real and personal estate to the petitioner, his wife, for life, and directed her, out of the avails thereof, to support and educate their children. And after her death the property was devised and bequeathed to the children, in equal proportions. The petition stated that the infants had no other property, real or personal, and that a sale of the real estate was necessary for their support: the income of the property bequeathed being insufficient for that purpose. The chancellor said it was not the practice of the court to authorize the sale of a future interest in real estate belonging to the infants; except under very special circumstances, or for the purpose of increasing the income of the owner of the present interest in the fund. That in this case the testator evidently intended his children should be supported out of the income of the real and personal estate devised to his wife, and that the capital should be reserved until her death. That it would therefore be contrary to the spirit of the will to allow their interests in the land to be sold for their present support—leaving the mother to enjoy the whole income for life, for her own use, after they are old enough to earn a living. Neither would it be equal as between the children; one of them being nearly old enough to earn her living, and will be quite so, long before the youngest will reach a sufficient age to enable her to do so.

Application denied.